# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Octavio Velazquez-Gutierrez,<br>a.k.a.: Octavio Velasquez-Gutierrez,<br>a.k.a.: Juan Bustillo Orosco,<br>a.k.a.: Juan Bustillo,<br>(A079 226 701)<br>*Defendant* | )<br>)<br>) Case No. 17-588 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 17, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Octavio Velazquez-Gutierrez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 27, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 20, 2017

_____
*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 17, 2017, Octavio Velazquez-Gutierrez was arrested by the Phoenix Police Department (PPD) and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Velazquez-Gutierrez was examined by ICE Officer Madill who determined Velazquez-Gutierrez to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On November 18, 2017, Velazquez-Gutierrez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Velazquez-Gutierrez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Octavio Velazquez-Gutierrez to be a citizen of Mexico and a previously deported criminal alien. Velazquez-Gutierrez was removed

from the United States to Mexico through Nogales, Arizona, on or about March 27, 2014, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Velazquez-Gutierrez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Velazquez-Gutierrez's immigration history was matched to him by electronic fingerprint comparison.

4. On November 18, 2017, Octavio Velazquez-Gutierrez was advised of his constitutional rights. Velazquez-Gutierrez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Velazquez-Gutierrez stated that his true and complete name is Octavio Velazquez-Gutierrez and that he is a citizen of Mexico. Velazquez-Gutierrez stated that he illegally entered the United States one (1) year ago, through "Dogles." Velazquez-Gutierrez further stated that he had been removed from the United States to Mexico.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 17 2017, Octavio Velazquez-Gutierrez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 27, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 20th day of November, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge